Lourdes Rodriguez, Houston, TX, for Defendant–Appellant.

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eustacio Cabrera Maldonado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Maldonado has not filed a response and has been removed from the United States. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir. 2007).

# UNITED STATES of America, Plaintiff–Appellee

### v.

**Gilberto Del Rio HERRERA, also known as Gilberto Delrio, also known as Gilberto Delrio Herrera, also known as Gilberto Herrera Delrio, also known as Gilberto Del Rio–Herrera, also known as Alejandro Jime-**

---

nez–Gutierrez, also known as Mario Alejandro Jimenez–Gutierrez, also known as Julio Fuentes Lind, Defendant–Appellant.

United States of America,
Plaintiff–Appellee

v.

Gilberto Del Rio Herrera,
Defendant–Appellant.

Nos. 13–30765, 13–30799
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 21, 2014.

Camille Ann Domingue, Assistant U.S. Attorney, Joseph Thomas Mickel, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Carol B. Whitehurst, Assistant Federal Public Defender, Federal Public Defender's Office, Lafayette, LA, for Defendant–Appellant.

Gilberto Del Rio Herrera, CI Eden, Eden, TX, pro se.

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gilberto Del Rio Herrera (Del Rio) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States*

---

*v. Flores*, 632 F.3d 229 (5th Cir.2011). Del Rio has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Del Rio's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.